**Theodore E. PEYTON,[1] Respondent Below, Appellant,**

v.

**Danielle E. PEYTON, Petitioner Below, Appellee.**

No. 269, 2015

Supreme Court of Delaware.

Submitted: September 23, 2016
Decided: December 12, 2016

Court Below—Family Court of the State of Delaware in and for Kent County, File No. CS08–02378, Pet. Nos. 12–40750 & 40751, 14–30826

AFFIRMED.

**Jane G. GREEN,[1] Petitioner Below, Appellant,**

v.

**Daniel D. GREEN, Respondent Below, Appellee.**

No. 259, 2016

Supreme Court of Delaware.

Submitted: September 23, 2016
Decided: December 12, 2016

Court Below—Family Court of the State of Delaware, File No. CN15–01148, Petition No. 16–10248

GRANTED. AFFIRMED.

**Dionte DUBOSE, Defendant Below, Appellant,**

v.

**STATE of Delaware, Plaintiff Below, Appellee.**

No. 220, 2016

Supreme Court of Delaware.

Submitted: November 16, 2016
Decided: December 12, 2016

Court Below—Superior Court of the State of Delaware

AFFIRMED.

**David J. BUCHANAN, Defendant Below, Appellant,**

v.

**STATE of Delaware, Plaintiff Below, Appellee.**

No. 357, 2016

Supreme Court of Delaware.

Submitted: October 24, 2016
Decided: December 12, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID No. 0801031784

GRANTED. AFFIRMED.

---

1. By Order dated May 29, 2015, this Court assigned pseudonyms to the parties. Del. Supr. Ct. R. 7(d).

1. The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).